AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be search* )
*or identify the person by name and address)* )  Case No. 25-sw-287
ONE DIGITAL DEVICE AND )
ONE VEHICLE LOCATED IN )
WASHINGTON, D.C. UNDER RULE 41 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the   **Jurisdiction of the**   District of   **Columbia**
*(identify the person or describe the property to be searched and give its location)*:

See Attachments A-1 and A-2, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachments B-1 and B-2, hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   October 9, 2025   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Matthew J. Sharbaugh   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   09/25/2025   _____
Judge's signature

City and state:   Washington, D.C.   Matthew J. Sharbaugh, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 25-sw-287 | Date and time warrant executed: 9/26/25 | Copy of warrant and inventory left with: MPD |
| Inventory made in the presence of: Inv. Hyder | | |
| Inventory of the property taken and name(s) of any person(s) seized: (Target Device) Submitted to DEU for extraction — Electronic data | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/26/25

C. Hyd
*Executing officer's signature*

Inv. Hyder, Christopher
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 25-sw-287 | Date and time warrant executed: 9/26/25 0808 | Copy of warrant and inventory left with: In Vehicle |

Inventory made in the presence of: Lt Hollan, Sgt Cardinal, Little, Jimenez

Inventory of the property taken and name(s) of any person(s) seized: (Target Vehicle)

- Digital scale.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/26/25

C. Hyder
*Executing officer's signature*

Inv. Christopher Hyder
*Printed name and title*

## ATTACHMENT A-1

*Property to be searched*

### TARGET DEVICE

The property to be searched is a blue Samsung cell phone, with sticker bearing IMEI 351449343831560 and IMEI 351742593831565, which is currently stored by the Metropolitan Police Department's Digital Evidence Unit, located at 401 E Street SW, Washington, DC.

## ATTACHMENT A-2

*Property to be searched*

### TARGET VEHICLE

The property to be searched is a gray Mercedes sedan bearing Maryland tag number 7GT4806 and/or VIN: WDDLJ9BB8EA113831, which is currently stored by the Metropolitan Police Department at 2850 New York Avenue, NE, Washington, D.C.